# EXHIBIT 3

To Plaintiff's Proposed Findings of Fact
and Conclusions of Law in Support of
Motion for Default Judgment

(Motion to Seal Pending)

# Declaration of Gil Erez

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------x
MATI GILL,                                          :
                                                    :          **Case No. 15-cv-02272 (RBW)**
                        Plaintiff,                  :
                                                    :
 -against-                                          :
                                                    :
ISLAMIC REPUBLIC OF IRAN,                           :
                                                    :
                        Defendant.                  :
------------------------------------------------------x

## <u>DECLARATION OF GIL EREZ</u>

I, Gil Erez, declare pursuant to 28 U.S.C. § 1746 subject to penalties of perjury, as follows:

1.      My full name is Gil Erez.

2.      I am 56 years old and an Israeli citizen and resident.

3.      I make this declaration in support of Plaintiff's motion for a judgment by default and to provide the Court with facts and evidence (1) verifying the authenticity of the video of the Plaintiff's shooting (the "Attack") that was broadcast on the terrorist group Hamas's television channel; and (2) attributing the Attack to Hamas.

**<u>Professional Background</u>**

4.      From 1978 until my discharge at the rank of colonel in 2006, I served in the Israel Defense Forces ("IDF") Intelligence Corps.

5.      As a military intelligence officer, my primary focus was on terrorist threats emanating from the Gaza Strip ("Gaza"). I have a specialty in aerial photo analysis, having served in operative analysis units for five years and as an instructor in the field for an additional three years.

6.      I also served as the Gaza Division Intelligence Officer from 1992 to 1994, and as the IDF Southern Command Intelligence Officer between 2000 and 2002.[1] During my years in the IDF Southern Command, I was in charge of investigating more than 1,000 attacks emanating from Gaza, including hundreds of attacks that the IDF and Israeli security services ultimately determined were committed by Hamas.[2]

7.      Since my retirement from active duty in the IDF, I have taught intelligence work in a number of contexts. As part of military-to-military relations between the IDF and the militaries of various foreign countries, I have instructed senior officers of foreign militaries on the subjects of intelligence and addressing low intensity conflicts. I conducted and led the "3rd NATO/MD Terrorism & Intelligence International Conference," which took place in Israel in November 2006 and drew participants from NATO and the Mediterranean dialogue countries. I remain an IDF reserve officer and was called up to active duty for approximately one month as an intelligence officer during Israel's conflict with Hamas in early 2009, and for two months during Israel's conflict with Hamas in 2014.

8.      I taught in the Intelligence Section of the IDF Academy of Tactical Command and the IDF College of Command and General Staff. I also teach a course on military intelligence at the University of Haifa. I managed the Counter Agro Terrorism Research Center – a research institution focusing on the study of the methods terrorists have developed to attack the global food supply.

9.      I hold an undergraduate degree in Geography and Political Science, and a

---

[1]      The IDF Southern Command was responsible for addressing threats originating from Gaza.

[2]      Although I am prohibited by law from discussing the specific details of these investigations, I can state that on many occasions they involved analysis of aerial photographs, visual collection from the ground and photographs or videos produced by various terrorist groups.

graduate degree in Political Science – National Security from the University of Haifa. In addition, I have completed a variety of advanced courses in the army, including Regiment Commander Course, Divisional Intelligence Officers' Course, IDF's College of Command and General Staff and the College of National Security.

10.     Because of my experience in military intelligence, I have developed significant expertise on terrorist threats to Israel emanating from Gaza. After my discharge from the IDF in 2006 as an active officer, in the reserves I have remained up to date regarding the characteristics and activities of terrorists in Gaza, as they have changed and developed in the period after Israel's withdrawal from Gaza in 2005 and Hamas's violent takeover of the region in 2007.

11.     A copy of my *c.v.* is annexed hereto as <u>Exhibit A</u>.

**<u>Overview of the Attack</u>**

12.     The Attack was perpetrated on April 4, 2008 at the northeastern side of the border between Gaza and Israel at an observation post known as "Nizmit Hill." The Attack included several barrages of automatic gunfire from Gaza (controlled at that time by Hamas) toward a group of people standing on the hill on the Israeli side of the border. The group consisted of a Canadian delegation, Israel's Minister of Internal Security at the time, Avi Dichter, and his support staff, which included Plaintiff Mati Gill, Mr. Dichter's aide. Mr. Gill was struck by the gunfire and was seriously injured.

**<u>The Structure, Characteristics and Activities of Hamas at the Time of the Attack</u>**

13.     This declaration assumes the reader's familiarity with the founding and early development of Hamas under the auspices of the movement's undisputed leader,

Sheikh Ahmed Yassin, who founded it in 1987 and led it until his death in 2004.[3]

14.     Over the years, Hamas' leadership split into the "internal" leadership, centered in Gaza, and the "external" leadership, initially headquartered in Jordan, later relocating to Damascus and since 2012 departing from there to Qatar. Throughout the years, the center of gravity shifted between the two leadership groups, but its central goals remained consistent: overthrowing Fatah (the party in control of the Palestinian Authority (the "PA"), seizing control of, or replacing entirely, the PA, and continuing Hamas's violent struggle to destroy Israel.

15.     The aforementioned goals were served by a complementary strategy: building mosques and social institutions loyal to Hamas that would lay the foundation for an alternative to the PA, executing politically popular terror attacks against Israeli targets, and a sustained, low-intensity campaign to murder and intimidate its political rivals.[4] Hamas's military arm, the Izz al-Din al-Qassam Brigades (the "Qassam Brigades"), has always played a crucial role within the organization in actualizing Hamas's violent rejection of Israel.

16.     In January 2006, deciding to capitalize on its growing popularity, Hamas finally agreed to participate in the elections for the Palestinian Legislative Council against Fatah – the party which had run the PA since its inception in 1994 following the Oslo Accords.

---

[3]     Michael Milstein, *The Green Revolution – Hamas Movement's Social Profile*, Moshe Dayan Center, published by the Tel-Aviv University, Spring 2007.

[4]     *Id*. *See also* Guy Aviad, *Hamas Lexicon*, published by the Defense Ministry, 2008.

17.     Hamas, which had cultivated a clean, responsible and non-corrupt image, won a large majority (74 seats of 132) in the elections.[5]

18.     Following its victory in the elections, Hamas established a government and openly confronted PA institutions headed by its President Mahmoud Abbas. These involved numerous violent clashes between PA security forces (generally comprising Fatah members) and Hamas forces.

19.     The confrontation between the parties climaxed in June 2007, when Hamas essentially executed a military coup in Gaza, winning a series of street battles against Fatah elements and Palestinian Authority forces, and ultimately taking over the PA's institutions and assets in Gaza.

20.     President Abbas responded by severing the short-lived Hamas-Fatah unity government that existed from February through June of 2007, and appointing a new Prime Minister, effectively severing Gaza from the West Bank. Since then, these two entities have operated two separate quasi-governments – Hamas in Gaza and the Palestinian Authority government in the West Bank.[6]

**Hamas-controlled Forces in the Gaza Strip Before and After the Coup in June 2007**

21.     After Hamas killed or arrested much of the PA's key leadership in Gaza and took over control of the area,[7] it absorbed Fatah's security services in Gaza, including the National Security Forces, which functioned as the PA's border patrol and "army," and the

---

[5]     Michael Milstein, *The Green Revolution – Hamas Movement's Social Profile*.

[6]     Guy Aviad, *Hamas Lexicon*.

[7]     *See*, *e.g.* the assassination of Abu Jarad, prominent leader of the Al Aqsa Martyrs Brigades in northern Gaza - May 2007: http://www.alwatanvoice.com/arabic/news/2007/05/13/87949.html.

Preventive Security Force (responsible mainly for countering internal threats to the PA), and converted them into instruments of Hamas's military rule.[8]

22.     In practice, even today, many members of Hamas's armed forces in Gaza operate in dual roles, serving both in official positions in the Hamas "government" security apparatus and also carrying out attacks on behalf of the Qassam Brigades.

23.     Between the Hamas takeover in June 2007 and the Attack in April 2008, Qassam Brigades activists from Gaza executed various attacks against southern Israel, including rocket and mortar fire toward civilian settlements, mortar fire toward IDF forces in the surrounding border area, laying charges along the border fence, and shooting attacks at civilians (such as the killing of a volunteer working in the fields of Kibbutz Ein HaShlosha on January 15, 2008).

24.     During this period, Hamas attempted to calibrate its terror activities, continuing its anti-Israel violence while trying to avoid precipitating a massive Israeli military retaliation that would cause substantial damage to Hamas or overthrow its rule.

25.     Hamas therefore maintained a restricted routine in which there were occasional waves of increased violence. Thus, in January 2008, following an IDF ground attack against rocket and mortar launchers in which 18 Qassam Brigades terrorists were killed (including the son of a senior Hamas official), Hamas launched massive rocket and mortar fire toward populated areas in southern Israel. This barrage included over 150 rockets and wounded dozens of Israeli civilians.[9] The image below displays Hamas's claim

---

[8]     Fathi Hamad, who became Hamas Interior Minister, described one of the Ministry's greatest achievements under his predecessor as "creating cooperation and coordination between the current security forces and the Palestinian resistance. Collaboration against the Zionist enemy was created." http://www.police.ps/ar/news-action-show-id-1377.htm.

[9]     As with the Attack in this case, Abu Ubeid, a Qassam Brigades spokesman, made the announcement claiming responsibility for the rockets that Hamas fired into Israel.

of responsibility for the rocket and mortar fire as published on the Qassam Brigades official

website, http://www.alqassam.ps:



26.     As mentioned above, following Hamas's takeover of Gaza, it immediately

began a campaign of violence directed at Fatah in order to secure Hamas's position as the

undisputed leader of the region.

27.     Hamas persecution of Fatah elements was so intense that hundreds of Fatah

activists fled Gaza for Israel and sought Israeli protection. In November 2007, Fatah held

a large conference in Gaza commemorating the third anniversary of the death of its former

leader, Yasser Arafat. When it ended, Hamas security forces opened fire on the

participants, killing six people and wounding about 150, ten of them seriously. In addition,

the security forces arrested another 125 people. People who participated in the funerals of those killed at the conference were also injured by Hamas.

28. In August 2008, Hamas attacked the Hillis clan, a Palestinian family identified with Fatah, killing and wounding many. Following this burst of violence, another 180 Fatah activists fled Gaza to Israel and were transferred to the West Bank.[10] In November 2008, Hamas attacked the Dagmoush clan because of a perceived challenge to Hamas control.

29. In August 2009, Hamas security forces undertook an operation against Salafists in southern Gaza, killing 28 people – only a few during the fighting, most executed afterward – wounding 100 and arresting 100. Many houses were destroyed, including the Ibn Taymiya mosque.[11]

30. These examples illustrate the iron hand Hamas exercised to control Gaza since June 2007. The Hamas security forces have proved considerably more efficient and ruthless than the Fatah-affiliated forces which preceded them.[12] As a result, Hamas exercises much tighter control over its territory than the PA did when it ruled Gaza.

---

[10] Suppression of Fatah activists in Gaza, the case of the Hillis clan, IDF spokesman reports: August 3-4, 2008.

[11] Footage and recordings from the confrontations in the area of the Ibn Taymiya Mosque in Rafah - a rare testimony of the brutal manner in which Hamas suppressed its Jihadist-Salafist opposition. Ehud Ya'ari's report, Channel 2 News, August 25, 2009.

[12] Hamas's Interior Minister said: "Therefore, one of the most important achievements of Sheikh Sa'id Siyam was the elimination of the security anarchy and the establishment of new principles in the field of security… Moreover, life became safer for every member of the society as the security and social anarchy were eliminated… these families and their weapons were set right in their natural place and many problems in this field were resolved, and the armed centers that are not committed to the law were eliminated." http://www.police.ps/ar/news-action-show-id-1377.htm.

**The April 4, 2008 Shooting Attack Against Mati Gill**

31.     Based on my review of the deposition transcript of the testimony of Mati Gill[13] and the television and newspaper news reports describing the Attack, my understanding of the background of the incident is as follows: A Canadian delegation was met by Avi Dichter, then Israel's Minister of Internal Security, at Nizmit Hill, on the morning of April 4, 2008 at approximately 10:15 a.m.

32.     During the Minister's presentation, the delegation stood on Nizmit Hill, a reasonably well known lookout point, with a view of northern Gaza. While the delegation was listening to Mr. Dichter, it was exposed to the Palestinian side of the border fence and was subjected to a barrage of automatic fire from that side, resulting in Plaintiff being shot. Members of the delegation took cover until the shooting stopped, and Mr. Gill was then evacuated by ambulance to the hospital.

33.     Approximately two hours after the incident, the spokesperson for the Qassam Brigades, Abu Ubeid, placed a telephone call to the (Palestinian) Ma'an News Agency claiming that the Qassam Brigades and a group called "Defenders of Al Aqsa" were jointly responsible for the Attack.[14] A short while later Hamas claimed responsibility for the Attack in a news flash on Al Aqsa TV, Hamas's Gaza-based television station.[15] At the same time, Palestine's Youth News – a Palestinian blog – repeated Hamas's

---

[13]     Mr. Gill's deposition was taken on July 23, 2012 in the matter encaptioned *Gill v. Arab Bank PLC*, No. 11-cv-3707 (JBW) (VVP).

[14]     http://www.maannews.net/arb/ViewDetails.aspx?ID=101384.

[15]     The author confirmed this in a conversation with the IDF's Open Source Intelligence ("OSINT") unit.  http://www.alaqsavoice.ps/arabic/?action=detail&id=15852 (link no longer working, copy annexed).

announcement of responsibility and showed pictures from the footage that was aired on Al Aqsa TV.

34.     Later that same day, the official Qassam Brigades website reported that the Attack was carried out jointly by Hamas and Defenders of Al Aqsa.[16] Still later that day a video was broadcast on Al Aqsa TV showing the Attack from the perspective of the perpetrators, including how the shooter prepared and settled in, aimed toward the people on the hill and shot several rounds. I have viewed this video, a copy of which is provided herewith as Exhibit B, which depicts two logos on the upper left corner – one that I recognize as belonging to the Qassam Brigades and the other purporting to be the logo of Defenders of Al Aqsa. This Attack, also memorialized in the "Glorious Pages" of Hamas,[17] specifies that the Qassam Brigades, together with Defenders of al-Aqsa, targeted Minister Dichter's convoy, and acknowledges that the attack injured Plaintiff.[18]

**Topographical Analysis and Photographic Evidence**

35.     Based on topographical analysis and photo comparisons, in my expert opinion the video uploaded to the Qassam Brigades' website and broadcast by Hamas's Al Aqsa TV is in fact an authentic video recording of the Attack. Based on the footage, I am also able to identify the type of weapon used by the shooter and its effective range. Furthermore, as described below, based on topographical analysis and a photo comparison, I can state the approximate location of the shooter in relation to Nizmit Hill.

---

[16]     http://www.alqassam.ps/arabic/statements/details/3534; the author confirmed this in a conversation with the IDF's OSINT unit.
*See also*, http://www.palinfo.com/site/pic/newsdetails.aspx?itemid=17639.

[17]     The "Glorious Pages" is a page on the Qassam Brigade's website that lists its successful attacks during a specific month throughout the years.

[18]     http://web.archive.org/web/20130326175655/http://www.alqassam.ps/arabic/statistics1.php?id=60.

36. Nizmit Hill has an altitude of approximately 110 meters, with a view to the west, where the Beit Hanoun Valley is located. The Beit Hanoun Valley includes the suburbs of Gaza. The hill is located at the northeastern corner of Gaza, not far from a significant curve at the border known as "the Knee."

37. This image, downloaded from Google Earth, provides a clear view of the border of Gaza and the Knee, which is marked:



38. The photograph below, blown up from an aerial photo taken on January 24, 2008 by OFEK[19] includes an orientation map on the upper right, which positions the photo relative to Gaza. Furthermore, one can see the "Knee" that was mentioned in the previous photo. Nizmit Hill is marked, as is the "searching area" from within which the shooting originated and from which the video of the Attack was shot. Unlike the previous

---

[19]     Ofek Aerial Photography is the largest company in Israel specializing in the field of aerial and satellite mapping and geographical applications. On January 24, 2008, Ofek photographed Gaza. The aerial photographs below were provided to me by Ofek, and, at my direction, the company also provided the visual enhancements seen below.

photograph, which was presented with the north facing upward, this one is displayed with the north facing left and down. This photo (and the ones to follow) is oriented in this manner in order to maintain a consistent and correct perspective while explaining the manner and direction of the Attack, as well as the video footage of it. The blue line represents the Gaza-Israel border line.



39.     Below is an aerial photo of the same date, enlarged from the same photo, showing the Nizmit Hill area without the surrounding settlements. However, the Nir Am water reservoir can be used as a verification point, as well as the depiction of the space in which I searched for the location of the shooter.



40.    The next series of photographs show an aerial close up of Nizmit Hill, including its antennae and military post, and the estimated location of the bus used by the Canadian delegation. The prominent structures that can be seen in the video are marked on the aerial photo. Below the aerial photo I have inserted a computer analysis offering a side view with dimensions of the structures in order to provide better orientation. Underneath that is a still frame from the video of the shooting, displaying the videographer's angle of vision:



41.     After the estimated angle of shooting was identified, I concentrated on specific frames within the video footage. One of the frames clearly shows that the shooting was carried out west of the sandy route, alongside of which are easily identifiable mesh fences stretched over metal stakes. These frames also show the type of weapon used by the shooter, a PK machine gun based on the AK-47 (described in greater detail below).

42.     Although the effective range of this type of weapon is up to several hundred meters, I expanded the search range to 1,500 meters to allow for the possibility that the shots were fired from outside of the effective range of the weapon. Below is a frame from the video, clearly depicting the hill features, the anti-missile fence, the concrete wall, the bus, the dirt route and the fences that surround it.



43.     The aerial photo dated January 24, 2008 was analyzed in conjunction with the video footage of the Attack. Although the aerial photo precedes the incident by

approximately 2.5 months, the area did not change substantially, with the biggest difference being the growth of bushes during that period of time (which is the rainy season in the area). Based on the analysis, I estimate that the shooter was located approximately 350 meters from the bus, which was parked on Nizmit Hill during the incident – well within the operational range of his automatic weapon.



44.     The graph on the upper right demonstrates that there is a line of sight between the shooter's estimated position and the area of the bus where Mati Gill was hit. In addition, in the video one can see the angle of vision for the shooter and videographer toward Nizmit Hill, as well as the dirt road, the fences and vegetation.

45.     Based on my professional experience and judgment, the area marked with a circle, at about 350m from the bus, is the spot from which the shooter fired toward the Canadian group and hit Mr. Gill.

46.     By enlarging the attached frame and based on identification marks, such as location of the bipod and flash hider features, I have identified the shooter's weapon as a PK machine gun (it has several versions, such as PKM, PKS and more), which is widely available in Gaza among terror groups.[20]



47.     The PK is a 7.62/54 caliber machine gun made in the former Soviet Union, based on the AK-47. Its name in Russian is *Pulmyot Kalashnikova* – a Kalashnikov machine gun.

---

[20]     Prior to the Hamas takeover in 2007, the PA security forces in Gaza had stores of this type of weapon. Hamas looted the PA's armories during and after its takeover in May/June 2007.

**Authenticity of the Video**

48.     Based on the foregoing, I conclude that the video of the shooting available on the Qassam Brigades website indeed depicts a shooting toward Nizmit Hill. An analysis of additional frames of the video, along with other photographs taken the morning of April 4, 2008 by members of the Canadian delegation, confirm that the video depicts the Attack.

49.     Based on my review of the deposition transcript of Plaintiff's testimony and the contemporaneous television and newspaper news reports describing the Attack, I understand that the Canadian visitors to the Nizmit Hill that morning arrived on a bus and that Mr. Dichter and his staff arrived in private vehicles. The frame below, enlarged from the video, clearly depicts the bus with an orange line across it, parked next to two private cars.

50.     Using the real-time photographs of the incident taken from the perspective of the Canadian delegation on the Israeli side of the border, I have prepared the comparison presented below. Based upon this comparison, it appears very clearly to be the same bus and the same private vehicles parked by the bus at the time of the shooting.[21] This provides further corroboration that the video of the shooting broadcast on Hamas television and posted on its official Qassam Brigades website indeed depicts the attack in which Mr. Gill was injured.

---

[21]     A photograph similar to the one below was published in *The Jerusalem Post* http://www.jpost.com/Israel/Article.aspx?id=97294.

Record time 01:19

Tower

Antenna C

Bus with orange stripe

Parking area

fence

Concrete wall

Bus with orange stripe

Parking area

fence

**Determining the Source of the Video**

51.     As discussed above, Hamas's Al Aqsa TV broadcast a news flash showing at least a portion of the video of the shooting no later than 1:20 p.m. on the day of the Attack.[22] The rapid editing (including superimposing the logos of the Qassam Brigades and Defenders of Al Aqsa on the same day of the broadcast)[23] and the written claim of responsibility on the official Qassam Brigades website accurately describing the Attack ("intense gunfire from a medium machine gun"), demonstrate that the perpetrators of the attack (allegedly, Defenders of Al Aqsa) had access to, and worked closely with, the group making the claim of responsibility – *i.e.* the Qassam Brigades.

52.     This conclusion is reinforced by the fact that the formal, official Hamas claim of responsibility did *not* repeat the same mistake that the Israeli media made in its first reports of the Attack, issued before the claim of responsibility, which incorrectly stated that the Canadian delegation had come under *sniper* fire, rather than several rounds from a machine gun. The fact that the official Hamas communiqué did not repeat this error provides further confirmation that Hamas's claim of responsibility was made by a person or entity with real and intimate knowledge of the incident, not someone who merely recycled information published in other media.

**Defenders of Al Aqsa**

53.     As noted above, the Qassam Brigades claimed joint responsibility for the attack with a then-relatively unknown terrorist group calling itself Defenders of Al Aqsa.

---

[22]     The video was likely broadcast on multiple occasions that day.

[23]     It is worth noting that at the time of the shooting "Defenders of Al Aqsa" was an obscure group. If the Qassam Brigades/Hamas were not directly connected to this organization, the ability of Al Aqsa TV and the Qassam Brigades Information Office to generate or locate the logo for Defenders of Al Aqsa and superimpose it on the video would be truly remarkable.

The ISA describes this organization as follows:

> Proxy and sponsored organizations that are seen as independent terrorist groups, but in fact – due to the support (and sometimes funding) which they receive from Hamas elements – become Hamas's puppets. The Al Aqsa Defenders are an example of such an organization; they are supported by Hamas's minister of the interior, Fathi Hamad. This faction was involved in the sniping attack against the convoy of the Israeli minister of the interior, Avi Dichter (April 2008). Al Aqsa Defenders were also responsible for the recent series of IED attacks on the Hoovers route and other attacks against IDF troops in the Gaza Strip perimeter.[24]

54.      After Defenders of Al Aqsa claimed joint responsibility for the Attack, it was not heard from again until Israel's Operation Cast Lead (December 2008-January 2009) against Hamas, when a person identifying himself as the organization's spokesperson announced the participation of the organization's soldiers in the Hamas fighting array. Furthermore, the spokesperson declared that the organization's casualties were to be considered Hamas casualties.[25]

55.      Following Operation Cast Lead, Defenders of Al Aqsa claimed credit for several sporadic terror attacks during 2009, and after a long break, it claimed responsibility for an attack on June 21, 2012, avenging the death of Abdallah Hassan Ahmed al-Za'anin, who was identified as the shooter in the Attack, and who was killed by the IDF on June 18, 2012.[26]

56.      Although to my knowledge there was no official announcement of the establishment of Defenders of Al Aqsa, over the years there have been a number of statements on Hamas's PALDF web forum that describe its nature and affiliation. These

---

[24]      http://www.shabak.gov.il/ENGLISH/ENTERRORDATA/REVIEWS/Pages/HamasStrivingforMilitary.aspx.

[25]      http://www.paldf.net/forum/showthread.php?t=348745.

[26]      http://maannews.net/arb/ViewDetails.aspx?ID=497463.

statements have consistently described the group either as affiliated with Hamas or as part of Hamas.

57.     From an Open Source Intelligence ("OSINT") collection standpoint, these public pronouncements on Hamas's PALDF forum are a useful, complementary source of information that help develop the intelligence picture.

58.     Additionally, an individual named Ayyub Azzam Abu Karim was arrested by Israeli security forces on May 4, 2011. During the ensuing investigation, Abu Karim confessed to committing acts of terror against Israel and to being a member of several terror organizations since 2007. I have reviewed the protocols from his interrogations which bear his signature.

59.     Abu Karim stated that he was recruited by Defenders of Al Aqsa in 2009 until the end of 2010. The key details from his confession relating to the organizational structure and affiliation of Defenders of Al Aqsa are as follows:

- Abu Karim stated that Defenders of Al Aqsa is affiliated with Hamas;

- Abu Karim stated that operations of the group are led by a man from Jebalia called Mehmed Zubhi Abed Alrahim Tamraz (known as Abu Hamza), who told Abu Karim that the organization's financier and founder was Fathi Hamad, Hamas's Interior Minister; and

- Abu Karim stated that the organization was established to offer Hamas the possibility of using it for various activities when Hamas did not wish to claim responsibility publicly.

60.     Significantly, I could find no use of this logo *prior to* its publication in the video of the Attack (which as shown above featured side-by-side the logos of both the Qassam Brigades and Defenders of Al Aqsa). It must be emphasized that prior to the publicity of the connection between Fathi Hamad and Defenders of Al Aqsa, pronouncements by the organization were largely made through Hamas channels.

61.     On Defenders of Al Aqsa's Facebook page, Abdallah al-Za'anin[27] was identified as an operative of the group as well as the individual responsible for the Attack.

62.     The official website of Hamas's National Security Forces also noted that al-Za'anin was the man who shot at Avi Dichter's "convoy" and posted photographs of senior Hamas security officials visiting his family's condolence tent. The NSF website states that when he was killed, al-Za'anin was a "sergeant of military intelligence" in (Hamas's) National Security Forces.[28]

63.     After his death, the photographs of al-Za'anin that surfaced on the internet show him holding a PK machine gun and a chain of bullets.[29] This is the same kind of weapon used by the shooter in the video of the Attack.

 

64.     In light of the extensive (local) publicity given to the identity of the shooter after his death, the probability that Abdallah al-Za'anin was the shooter seen in the video footage of the Attack is very high. The fact that, at the time of his death, al-Za'anin served

---

[27]     Jihad Kamel Muhammad Abu Shabab, an acknowledged Qassam Brigades operative, was also killed in the IDF strike.

[28]     http://www.nsf.gov.ps/ar/component/content/article/1-2010-02-10-10-58-39/1358-2012-06-21-08-04-33.html (link not functioning, copy annexed).

[29]     *See*, http://www.paldf.net/forum/showthread.php?p=13398397.

as an official of the Hamas security forces in Gaza and was killed in the company of an acknowledged Qassam Brigades operative, is consistent with the ISA's assessment of Defenders of Al Aqsa as a front organization supported by Hamas's Minister of the Interior (who also controls the National Security Forces).

### Summary of Conclusions

65.    Based on the evidence I have collected and my professional experience analyzing terror attacks in the manner I have described, I conclude that:

- The video broadcast on Hamas's television station and later posted on Hamas's Qassam Brigades' official website depicts the Attack which injured Mr. Gill.

- It is highly probable that Hamas was responsible for the Attack.

  I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January  2 , 2017
Mazkeret Batya, Israel

Gil Erez

**العملية مصورة: اصابة مساعد ديختر في اطلاق نار تبناه القسام**

إذاعة صوت الأقصى

www.alaqsavoice.ps

تاريخ النشر: 2008/4/4|| PM 01:20



**غزة — صوت الأقصى**

ذكرت مصادر طبية صهيونية إن ماتي جيل مدير مكتب وزير الأمن الداخلي الصهيوني آفي ديختر أصيب بجروح في إطلاق نار من قطاع غزة أثناء جولة حدودية مع وفد يهودي من كندا, شمالي القطاع.

وبحسب المصادر فإن المسؤول الصهيوني أصيب بجرح في خاصرته وتم نقله إلى مستشفى قريب, كما أصيب مدني صهيوني جراء إطلاق النار من قطاع غزة, على حد تأكيد مصادر في قوات الاحتلال.

وقالت اذاعة العدو إن الحادث وقع بينما كان وزير الأمن ومساعده يرافقان وفدا كنديا في زيارة لكيبوتس "نير آم" الذي يعتبر هدفا للصواريخ الفلسطينية المحلية.

هذا ونقل مدير مكتب ديختر إلى مستشفى "برزيلاي" في مدينة عسقلان المحتلة لتلقي العلاج.

وأعلنت كتائب القسام وحماة الأقصى مسنوليتيهما المشتركة عن عملية اطلاق النار تجاه الموكب.

وأكد أبو عبيدة الناطق باسم كتائب القسام في اتصال مع "صوت الأقصى" الجمعة 4/4/2008 مسؤولية الكتائب عن هذه العملية بالاشتراك مع مجموعات حماة الأقصى.

وأضاف أبو عبيدة أن المجاهدين كمنوا لموكب الوزير ديختر وباشروا بإطلاق النار الكثيف صوبهم مما أدى إلى إصابة مدير مكتبة بجراح وذلك أثناء قيام الوزير الصهيوني بجولة قرب مغتصبة نيرم عام شرق محافظة خان يونس جنوب قطاع غزة.

وأفاد أبو عبيدة بأن هذه العملية تأتي في سياق عمليات المقاومة الفلسطينية المستمرة رداً على جرائم الاحتلال المتواصلة وحصاره الظالم بحق أبناء الشعب الفلسطيني, مؤكداً بأن هذه العملية مصورة وقد تم إرسال الشريط المصور لوسائل الإعلام المختلفة.

وبثت فضائية الأقصى شريطاً مصوراً يُظهر أن قناصاً فلسطينياً على الأقل يُطلق النار بكثافة تجاه موكب يتضمن عدة سيارات وباص.

وقال ديختر لوسائل الإعلام في مستشفى "برزيلاي" في عسقلان حيث نقل مساعده للعلاج "كنت واقفا مع مجموعة من نحو 20 شخصا, وفجأة انطلقت النيران من الجانب الفلسطيني".

وشغل ديختر منصب رئيس ما يُسمى "الاستخبارات الداخلية" في الكيان الصهيوني عام 2002 حين قام طيران الاحتلال بقصف منزل قائد الجناح العسكري لحركة حماس صلاح شحادة مما أدى إلى استشهاد 16 مواطناً بالإضافة إلى القائد وحارسه.

FOOTNOTE 15



السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
قوات الأمن الوطني

الرئيسية | الإدارة العامة للعلاقات العامة والإعلام | ألبوم الصور | وحدات الأمن الوطني | راسلنا

آخر الأخبار ‹ › الكتيبة الثالثة تنظم ليلة كتبية لأفرادها » نظمت هيئة التوجيه السياسي و المعنوي بالكتيبة الثالثة ليلة كتبية لأفرادها وضباطها واقتتحت الليلة الإيمانية بآيات ...

A+ A A-                                                                          الرئيسية

## قيادة القوات تزور بيت عزاء الشهيد عبد الله الزعانيين

الخميس, 21 يونيو 2012 08:02



زار وفد رفيع المستوى من قيادة قوات الأمن الوطني متمثلاً بنائب القائد العام العقيد طارق أبو هاشم والعقيد عاصف كحيل مساعد القائد لشئون الكتائب والمقدم علي المسلاتي مدير التنظيم والإدارة في القوات وعددا من أفراد الشرطة العسكرية صباح اليوم الثلاثاء بيت عزاء الشهيدين الرقيب عبد الله الزعانيين أحد أفراد قوات الأمن الوطني والشهيد جهاد أبو شباب, والذي قضوا شهداء أمس أثناء قيامهما بالواجب الوطني حيث أطلقت طائرة استطلاع صاروخين عليهما .

حيث كان في استقبال الوفد أهالي الشهداء شاكرين لهم هذه الزيارة لبيوت العزاء

والجدير ذكره أن الشهيد المجاهد عبد الله الزعانيين ابن جهاز الاستخبارات العسكرية الفلسطينية ــ قوات الأمن الوطني وهو منفذ عملية إطلاق النار على وزير الأمن الداخلي أفي ديختر قبل أربع سنوات تقريباً

FOOTNOTE 28








FOOTNOTE 28

# EXHIBIT A

## **Gil Erez – CV**



Year of birth: 1960

Marital status: Married + 3

Address: 7 Haruv St. Mazkeret-Batya. Israel

Phone: 972-52-2550732

Education:

2012-2015 – Authorized tour guide course – Yad Ben Zvi Research Institute.

1996-1997 – M.A. political science – Haifa University.

1997 – Graduate – National Security College.

1985-1987 – B.A. political science and geography.

Experience:

2015 – today – tour guide in Israel.

2010 – today – Lecturer in Haifa University, a course on intelligence issues.

2007 – today – Lecturer on intelligence issues for high rank officers in the I.D.F (at the military command and staff course and at the intelligence corps).

2010 – 2013 – Chairman at CATRC – research center institute.

2006 – today –  Lecturer and workshop leader for high school students.

2006 – Consultant for Israeli M.O.D. – planning and management of an international conference on terror and intelligence (NATO and more).

1978 – 2006 – military service.

Military service:

2005 – today – full colonel. (Still in active duty at the reserve forces.)

2002 – 2005 – Commander of the I.D.F intelligence school.

2000 – 2002 – Intelligence officer (J2) of the southern command.

1998 – 2000 – Commander of the intelligence officers course.

1988 – 2000 – Senior Commanding and intelligence staff officer duties.

1980 – 1988 – Junior officer duties.



# EXHIBIT B

Video of Terror Attack – April 4, 2008
CD-ROM to be delivered to Chambers