# EXHIBIT 4

To Plaintiff's Proposed Findings of Fact
and Conclusions of Law in Support of
Motion for Default Judgment

(Motion to Seal Pending)

## Declaration of Ronni Shaked

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------x

MATI GILL,                        :

                              :      **Case No. 15-cv-02272 (RBW)**

               Plaintiff,     :

                              :

 -against-                 :

                              :

ISLAMIC REPUBLIC OF IRAN,     :

                              :

             Defendant.   :

-----------------------------------------------------x

## <u>DECLARATION OF RONNI SHAKED</u>

I, Ronni Shaked, declare pursuant to 28 U.S.C. § 1746 subject to penalties of perjury, as follows:

1.     My full name is Ronni Shaked.

2.     I am 70 years old and an Israeli citizen and resident.

3.     I make this declaration in support of Plaintiff's motion for a judgment by default, and to provide the Court with background (1) describing some of the methods that the Islamic Resistance Movement (known by the acronym "Hamas") uses to claim responsibility for its attacks; (2) describing Hamas's use of proxy and sponsored terrorist organizations to carry out attacks on its behalf; and (3) demonstrating the existence of the terrorist front group known as the "Defenders of Al-Aqsa" and its connection to Hamas. I also offer my expert opinion that Hamas was responsible for the April 4, 2008 attack (the "Attack") that injured Plaintiff.

## <u>Professional Background</u>

4.     Between 1969 and 1982, I worked for the Israeli Security Agency (the "ISA"), the entity responsible for the war against terror in Israel and in the Palestinian Territories.[1] I held a number of positions during my service with the ISA, including: Commander of the Jerusalem

---

[1]     In the context of this declaration, the term "Palestinian Territories" refers to Gaza and the West Bank.

Sector and Commander of the Ramallah Sector. I devoted a year of my service with the ISA to the study of terrorism and the development of theories aimed at defeating it in the Palestinian Territories, in addition to the development of theories and procedures for the defense of Israeli targets in other countries. Throughout my years of work with the ISA, I handled agents who operated within terrorist organizations, I participated in and conducted interrogations of terrorist operatives, and I participated in and commanded operations intended to defeat terrorist operations. I was also responsible for intelligence-related functions such as collecting and analyzing evidence

5.      From 1982 until 2013, I was a commentator and analyst for the newspaper with the largest distribution in Israel, *Yedioth Ahronoth*, where I wrote about Palestinian affairs, terrorism and Islamic fundamentalist organizations. As a member of the editorial board, I wrote hundreds of articles, almost all of them about Palestinian and terrorism related issues.

6.      During my tenure at *Yedioth Ahronoth* I interviewed many important members of terrorist organizations. They included, but were not limited to, Hamas leaders Sheikh Ahmed Yassin, Ismail Haniya, Mahmoud al-Zahar, Abd al-Aziz al-Rantisi and Musa Abu Marzuq. I also interviewed Palestine Liberation Organization ("PLO") leaders such as Yasser Arafat, Mahmoud Abbas, Muhammed Dahlan, Jibril Rajoub and Marwan Barghouti.

7.      From 2004 through 2006, I conducted many interviews in Israeli prisons. The majority of the terrorists whom I interviewed had dispatched other terrorists to perpetrate terrorist attacks or had commanded terrorist operations. I also interviewed potential suicide bombers, who had been arrested before carrying out a terrorist attack, as well as others who had been wounded, but not killed, during the course of the attack.

2

8.      The subjects who were filmed confirmed, with great pride, that they had acted on Hamas's behalf. In most cases, they even boasted of their actions. Almost all of the terrorists whom I met – men and women alike – expressed no remorse whatsoever for the terrorist attacks which they had perpetrated.

9.      In order to confirm my findings and my research, I cross-reference sources of information by, for example, holding interviews with Hamas and Fatah sources.[2] Under different circumstances, I conducted interviews with Israeli and Palestinian security sources in order to authenticate information, and I relied on official written reports by the Israeli and Palestinian security establishments.

10.     I have a Bachelor's degree in Middle Eastern Studies from Hebrew University.

11.     I have a Master's degree (*summa cum laude*) in Middle Eastern Studies, with a focus on fundamental Islam, suicide attacks and Palestinian Islamic organizations, from Hebrew University.

12.     I have a Ph.D. in Middle Eastern and Social Psychology, with a focus on the psychological aspects of the Israeli-Palestinian conflict, from Hebrew University. My dissertation was "The Palestinian Society's Ethos of Conflict."

13.     I have provided expert declarations or reports in United States federal courts in six civil cases:

- *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91 (D.D.C. 2002)

- *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286 (D.D.C. 2003)

- *Haim v. Islamic Republic of Iran*, 425 F. Supp. 2d 56 (D.D.C. 2006)

---

[2]     Fatah is the PLO's dominant wing and Hamas's main rival in the Palestinian Territories. As a result of the Oslo Accords, all of PLO's wings – including Fatah – nominally recognized the State of Israel and (at least officially) abandoned terrorism and violent actions.

- *Strauss v. Crédit Lyonnais, S.A.*, No. 06-cv-702 (E.D.N.Y. 2009)

- *Weiss v. National Westminster Bank Plc*, No. 05-cv-4622 (E.D.N.Y. 2010)

- *Linde v. Arab Bank Plc*, No. 04-cv-2799 (E.D.N.Y. 2011).

14.     I have offered testimony at deposition or trial in the following four civil cases:

- *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91 (D.D.C. 2002)

- *Strauss v. Crédit Lyonnais*, No. 06-cv-702 (E.D.N.Y. 2009)

- *Weiss v. National Westminster Bank Plc*, No. 05-cv-4622 (E.D.N.Y. 2011)

- *Linde v. Arab Bank Plc*, No. 04-cv-2799 (E.D.N.Y. 2014).

15.     I have authored or co-authored five books:

- Ronni Shaked and Aviva Shabi, <u>Hamas: Palestinian Islamic Fundamentalist Movement</u>, Keter Publishing House, Jerusalem (1994).

- Ronni Shaked and Shlomo Harari, <u>Capuchi</u>, Yedioth Ahronoth Books, Tel Aviv (1995).

- Ronni Shaked, <u>On the Fence: The Palestinians in Israel: National Radicalism</u>, Karmel, Jerusalem (2012).

- Ronni Shaked and Botun Mas'ud, <u>From Jerusalem to Damascus and Back: An Intelligence Agent Behind Enemy Lines</u>, Lavie P. Enterprise Publication, Jerusalem (2012).

- Ronni Shaked, <u>Eyes Beyond the Kaffia</u> (in press), Yedioth Ahronoth, Tel Aviv.

16.     I have also served as an expert consultant for several documentaries, including:

- "Collaborators" (1995)

- "The Army of Roses – Women Suicide Bombers" (2002)

- "The Engineer of Death" (2003)

- "For the Sake of Allah" (2006)

- "To Die in Jerusalem" (2008).

17.     I have worked as a consultant for many governmental entities, including the United States Federal Bureau of Investigation, The United States Department of State and the United States Department of Justice. From 1991-2001, I also served as a consultant to the Anti-Defamation League.

18.     I have served as a commentator on Israeli television. I have also served as a commentator on Arab television, such as Al Jazeera and Al Aribiya. I also appeared as a permanent commentator for the broadcast radio channel *Radio Lelo Hafsaka*.

19.     From 2007 through the present, I have lectured on subjects related to my field of expertise. For example, I have lectured on Palestinian affairs at the Israeli Defense Forces (the "IDF") educational facility, at Ascolot (Open University) on Palestinian Islamic Fundamentalist Movements, and at the Hari Yehuda School of Higher Education on "Israeli Arabs – History and Politics" and "The Palestinian – between Nationalism and Islam."

20.     From 2012, I have served as a Principal Research Associate in the Harry Truman Institute for the Advancement of Peace at Hebrew University. In 2015, I was appointed Head of the Middle East unit at the Truman Institute. I currently dedicate most of time to conducting academic research and consulting on Palestinian-related issues.

**Hamas Generally Takes Responsibility for the Terrorist Attacks Which It Perpetrates**

21.     Although there are many Palestinian terrorist organizations (such as Palestinian Islamic Jihad,[3] the Popular Front for the Liberation of Palestine, etc.) which have attacked Israeli targets, Hamas has been the most deadly and the most successful of all these terrorist organizations over the past 20 years.

---

[3]     Palestinian Islamic Jihad ("PIJ") is a Foreign Terrorist Organization, like Hamas, with close ties to Iran.

22.     As a general rule, because Hamas considers terrorism, or "armed resistance" – as it terms its acts of violence – a central way of attracting attention to itself for the Palestinian public and the Islamic world, in the past, it did not generally conceal its responsibility for terrorist attacks (except when operational considerations such as protecting the identity of its cell members necessitated secrecy). In fact, quite the opposite is true: for many years, Hamas worked with determination to publicize its principal role in the perpetration of violent attacks against Israelis. This was also generally true regarding its public recognition of its operatives when they died or were arrested.

23.     Thus, for most of its history, Hamas has generally promoted its role in the terrorist attacks which it perpetrated, because it considers them to be "heroic actions" and believes that the attacks would enhance its status within Palestinian society and in the Arab-Muslim world.

24.     At times, after a large-scale terrorist attack that resulted in numerous casualties, Palestinian organizations have rushed to declare their responsibility, as a way of competing for Palestinian public opinion. In most cases, however, it very quickly becomes known – and possible to verify – which organization was responsible. In many cases, the rival Palestinian terrorist organizations have withdrawn their claims of responsibility, or their erroneous identification of the suicide bomber and his/her collaborators, and thus the Palestinian terrorist organizations themselves resolve any initial confusion which may have occurred. In my professional experience, over the course of its history, when Hamas makes an official claim of responsibility for an attack, the claim has usually been accurate.

**Methods Hamas Uses for Taking Responsibility for Terrorist Attacks**

25.     The following are some of the methods Hamas has historically used to publicize its responsibility for planning and carrying out a terrorist attack:

**Public announcements**

26. **Written announcements** were disseminated frequently throughout the Palestinian Territories. These announcements are generally accompanied by announcements in the form of telephone calls which are made to the media, as well as by statements by leaders of the organization that assume responsibility for the perpetration of the terrorist attack.[4]

27. **The Internet** has become one of the most important media tools used by Hamas. Hamas has its own official web site, and its terror apparatus, the Izz al-Din al-Qassam Brigades ("Qassam Brigades") has a separate official web site of its own. These web sites display announcements which glorify the terrorist attacks which were perpetrated by Hamas and provide additional details with respect to the perpetration of specific attacks.[5] In my professional experience, claims of responsibility on Hamas's official websites have generally been accurate, though each case needs to be evaluated independently.

**Photographs of the attacker**

28. The dissemination of photographs is part of a regular ritual which indicates that Hamas wishes to emphasize that the terrorist attack in question was carried out by its operatives (often wearing Hamas insignia or surrounded by Hamas symbols).

**The media**

29. **Articles on the attack**: Hamas publishes its own newspapers which often publish stories and photographs of the terrorist attack and feature profiles of the Hamas operatives involved.

---

[4]     *See, e.g.*, http://aljazeera.net/news/archive/archive?ArchiveId=34163.

[5]     *See, e.g.*, http://www.alqassam.ps/arabic.

30.     **Video Footage of the Terrorist Attacks**: In recent years, Hamas has begun to film some of its attacks on Israeli targets for internal propaganda purposes. The Attack in this case is not the only example.

31.     For example, On April 19, 2008, three members of the Qassam Brigades entered the Kerem Shalom crossing on the border between Israel and Gaza and detonated a car bomb, wounding 13 soldiers. After the attack, the Qassam Brigades posted a video clip on its website, depicting the attack and its perpetrators. The Qassam Brigades logo introduces the clip, and at several points, the three attackers who were killed during the attack are seen wearing the organization's headbands in a stylized poster of the kind shown below.[6]





---

[6]     http://www.alqassam.ps/arabic/مشاهد/143/الفيديو-نذير-عملية-لآثار-جديدة-الانفجار.

**Official Israeli Investigations of Terrorist Attacks**

32.     In the majority of Palestinian terrorist attacks since the year 2000, there is little doubt as to the identity of the terrorist organization responsible for each attack. This being the case, the investigations performed by the ISA have not focused on proving that a certain terrorist attack was committed by Hamas or by another terrorist organization, but rather, on the identification and arrest of the members of the terrorist cell that perpetrated any given attack, with the objective of disrupting terrorist networks.

33.     The arrests, investigations, evidence from the scene of the attack, and (ultimately) the criminal cases filed against the members of the cell constitute an important tool, not only for the reconstruction of the manner in which various terrorist attacks were performed, but also in order to prove who was behind the attacks; who commanded the cells which actually carried them out; whom they received instructions from; and which echelon of the terrorist organization made the decision to carry out the attacks.

**Hamas's Use of Proxy and Sponsored Terrorist Organizations**

34.     Since its victory in the 2006 Palestinian elections and takeover of the Gaza Strip in 2007, Hamas has continually struggled to balance its responsibilities as the governing body in Gaza and its violent, anti-Israel ideology.

35.     As a result, Hamas has to prove, from time to time, its jihadist "credentials."

36.     Hamas also uses proxies to carry out attacks while concealing its involvement in these attacks.[7] According to the ISA:

---

[7]     *See*, ISA report entitled ‏נגד חמאס של צבאית פעילות להסוואת המשמש חמאס של צבאי פלג – ‏״אל-אקצא מגני״ ‏ישראל ("The Defenders of Al-Aqsa" – A Hamas Military Faction Used to Disguise Hamas's Military Action Against Israel).

Proxy and sponsored organizations that are seen as independent terrorist groups, but in fact – due to the support (and sometimes funding) which they receive from Hamas elements – become Hamas's puppets.[8]

37.     An example of Hamas's use of front organizations was the so-called "Omar al-Mukhtar Brigades," which claimed responsibility for detonating a roadside explosive device near the Rafah crossing on October 30, 2000.[9]

38.     However, Hamas subsequently acknowledged its culpability for the attack, recording on the Qassam Brigades memorial calendar that it was "the Izz al-Din al-Qassam holy warriors (Omar al-Mukhtar Brigades) [who] detonated an explosive device on a Zionist patrol that drove near the Rafah crossing in the southern Gaza Strip. A Zionist military officer suffered severe wounds as a result of the explosion."[10]

39.     This use of fronts was acknowledged by a Hamas official who confirmed that during the second half of the 1990s, Hamas used the name "Omar al-Mukhtar Brigades" (OMB) to claim responsibility for attacks it had perpetrated. It did so in order to maintain the non-official "calm" vis-à-vis Israel.[11]

40.     In my professional opinion, this was the main purpose behind Hamas's establishment of the Defenders of Al-Aqsa – to allow Hamas to attack Israeli targets while making it seem as if – at least from time to time – rogue organizations were behind the attacks.[12]

---

[8]     *See*, ISA Report entitled: "חמאס – חותר להתעצמות צבאית ומקדם טרור מאחורי הקלעים" (Hamas - Striving for Military Buildup and Promoting Terror Behind the Scenes) (updated June, 2012).

[9]     http://news.walla.co.il/?w=/9/26638.

[10]https://web.archive.org/web/20140818204713/http://www.alqassam.ps/images/userfiles/image/books/information_office/alqassam_history/10.html

[11]     http://www.maghress.com/attajdid/19882.

[12]     *See, e.g.*, interrogation of Ayub Abu Karim from May 9, 2011, p. 8, lines 215-219 (Hebrew). *See also* ISA report entitled: "מגני אל-אקצא" – פלג צבאי של חמאס המשמש להסוואת פעילות צבאית של חמאס נגד ישראל ("The Defenders of Al-Aqsa" – A Hamas Military Faction Used to Disguise Hamas's Military Action Against Israel).

## Defenders of Al-Aqsa and its Connections to Hamas

41.     The Defenders of al-Aqsa is a Hamas offshoot and front. It was established on April 20, 2006 by the late Sa'id Siyam[13] – a former Hamas senior commander who was at the time the Minister of Interior in Hamas's proto-government in Gaza.[14]

42.     Based upon my personal knowledge and professional experience, my opinion is that Sa'id Siyam established the Defenders of al-Aqsa in order to strengthen Hamas's security apparatuses and military forces in 2006 and to establish a force that could carry out terror attacks against Israel for which the Qassam Brigades could, *when necessary*, deny responsibility.

43.     In May 2011, Israeli forces arrested Ayub Azzam Ahmad Abu Karim ("Abu Karim"), who confessed to being a terrorist member of the Defenders of al-Aqsa. Abu Karim admitted that Fathi Hamad, the Minister of Interior in Hamas's Government since May 2009, is one of the Defenders of al-Aqsa's founders and its patron.[15]

44.     Before Hamas appointed Fathi Hamad to the position of Minister of Interior, he headed Hamas's media network that included the "Al-Aqsa TV" channel. As discussed in greater detail below, Al-Aqsa TV was the first station to air the Hamas-filmed video clip of the Attack that injured Plaintiff.[16]

---

[13]     https://www.alwatanvoice.com/arabic/news/2013/01/21/352885.html.

[14]     I knew Sa'id Siyam from my work as a journalist and academic researcher, and I followed his activities since Hamas's founding in 1987. He was a radical cleric and one of the pillars of Hamas from its inception. He was elected to the Palestinian Legislative Council on behalf of Hamas, and he was in charge of Hamas's security forces in the Gaza Strip. I spoke with him on the telephone at least a dozen times.

[15]     Interrogation of Ayub Abu Karim from May 9, 2011 (Hebrew).

[16]     I also knew Fathi Hamad from my work as a journalist and an academic researcher. Throughout the years he has refused to talk to me, claiming that "he doesn't talk with Jews." He is considered one of Hamas's more radical figures and is closely tied to the Qassam Brigades.

45.     Abu Karim told his interrogators that the Defenders of al-Aqsa is a faction of Hamas that operates in its service to carry out "low signature" attacks, which are best defined as terror attacks against Israel undertaken at Hamas's request that Hamas could disavow as needed – *i.e.*, in situations where Hamas found it useful for political purposes or for propaganda to foist blame onto a "rogue" organization.[17]

46.     Abu Karim provided the following response to the question "Who is in charge of the Defenders of al-Aqsa, to whom do they belong and who finances this faction?":

> "The person in charge…is Abu Hamza Timraz… and the person in charge and financier of this faction is Fathi Hamad…. This was reported to me and to the [other] cell members personally by Abu Timraz. Defenders of al-Aqsa is a military wing that belongs to Hamas."[18]

47.     During his interrogation, Abu Karim also disclosed that a video camera was often an essential part of the equipment used by cells carrying out attacks.[19] He even told his interrogators about video footage of an attack he was not part of and which was shown to him by his military commander, Abu Hamsa.[20]

48.     In January 2013, an article was posted to an internet website that operates in the Gaza Strip under the guidance and sponsorship of Hamas known as "al-Watan Voice." The article, signed by the information office of the Defenders of al-Aqsa, confirmed that the Defenders of al-Aqsa is associated with Hamas and emphasized the group's cooperation with Hamas, including their carrying out joint operations. Indeed, the article stipulated that the first

---

[17]     Interrogation of Ayub Abu Karim from May 9, 2011 (Hebrew).

[18]     *Id.*

[19]     For example, *see* Abu Karim's confession from May 16, 2011, pp. 2-3 lines 48-50, p. 4, lines 96-98 (Hebrew).

[20]     *See*, Abu Karim's confession from May 5, 2011, p. 5, lines 122-125 (Hebrew).

joint operation between Hamas and the Defenders of al-Aqsa was the Attack that injured Plaintiff.[21]

49.     The article elaborated on the terror attacks that the Defenders of al-Aqsa had carried out since its inception through the date of publication, including, but not limited to, launching 23 rockets from the Gaza Strip toward Israel, firing rocket propelled grenades into Israel, and confronting Israeli Defense Forces soldiers on numerous occasions using firearms and bombs. The article also described various sniper attacks that the Defenders of al-Aqsa had carried out against Israelis.

50.     In my professional opinion, the Defenders of al-Aqsa could not have carried out these attacks in and from Gaza without Hamas's sponsorship, support, authorization and cooperation.[22]

51.     On August 4, 2008, a detailed comment was posted to the Hamas-affiliated paldf.net internet forum, stating that Defenders of Al-Aqsa was established "two years ago" (in 2006), that its first operation was the Attack in April 2008, that the organization is affiliated with the Qassam Brigades and that its members pledge allegiance to Hamas. [23]

52.     On January 14, 2009, during the Israeli military action in Gaza known as Operation Cast Lead, a spokesman for the Defenders of al-Aqsa published a report about the military activities of the organization.[24] According to the report, the organization was coordinating its activities with Hamas.

---

[21]     https://www.alwatanvoice.com/arabic/news/2013/01/21/352885.html.

[22]     Indeed, it is highly likely that Hamas provided the Defenders of al-Aqsa with the rockets its operatives fired into Israel.

[23]     http://www.paldf.net/forum/showthread.php?t=657667.

[24]     https://www.paldf.net/forum/showthread.php?t=657667.

53.    An official pamphlet that the Defenders of al-Aqsa issued following Operation Cast Lead detailed the operations that it had carried out, including "launching 10 rockets towards Israel and taking part with the Qassam Brigades and the [PIJ] Brigades against IDF forces in the Khan Yunis area." In the center of the pamphlet, written in red, it provides that "the fallen are considered to be as Hamas's fallen." The motto that concluded the pamphlet is one used by Hamas: "Jihad is victory or martyrdom."[25]

54.    In my professional opinion, this pamphlet, posted to paldf.net, provides further evidence of the close connection between the Defenders of al-Aqsa and Hamas.

**The April 4, 2008 Attack**

55.    At approximately 10:15 a.m. on April 4, 2008, Israel's then-Minister of Public Security (and former Head of the ISA), Avi Dichter, accompanied by a group of members from a group calling itself the Canadian-Israeli Committee, arrived at an area near the Israeli border with Gaza known as Nizmit Hill. Plaintiff, Mati Gill, who at that time was serving as an aide to Mr. Dichter, was also present.

56.    Nizmit Hill was in those years a scenic area with good views of the northern Gaza Strip, particularly the areas of Beit Hanon, Shuga'iyya and Beit Lahia. In those days, these were areas from which rockets and missiles were launched toward Israel. Nizmit Hill served as an observation post for those who wanted to view the Gaza border. The hill itself is located several dozens of meters from the border fence, and the Israeli government installed a military post on the hill to protect visitors. I visited that hill numerous times in my capacity as a reporter.

57.    On the day of the Attack, the Canadian-Israeli Committee, escorted by then-Minister Dichter, arrived at the Hill to hear him speak about Israel's ongoing security concerns

---

[25]    *Id.*

regarding Gaza. Several minutes after the group's arrival, a concealed attacker on the Gaza side of the border fence opened fire with an automatic weapon toward Nizmit Hill.

58.     The first burst of automatic fire hit and injured Plaintiff, who received first aid from a medic. Plaintiff subsequently was transported to receive medical treatment at a hospital in nearby Ashkelon.

## Legal Attribution

### The Qassam Brigades' Claims of Responsibility

59.     Two organizations claimed joint responsibility for the Attack: Hamas's Qassam Brigades and the Defenders of al-Aqsa.

60.     Shortly after the attack, a special military announcement was published on the Qassam Brigade's website claiming joint responsibility by the Qassam Brigades and the Defenders of al-Aqsa for the Attack**.** The announcement also provided details of the Attack.

61.     The official claim bears Hamas's logo and on both sides of the logo in Arabic and in English appears the writing: "Ezzedeen [sic] Al-Qassam Brigades, Military Wing of Hamas Movement, Military Information Department." The date on the announcement is April 4, 2008.



62.     The top of the claim provides that it is "a Qassam Brigades and Defenders of al-Aqsa joint military announcement," and the headline reads that "the attack that targeted the Zionist Defense Minister is a part of our response to the crimes of the occupation." The announcement states in emphasized red writing that the Attack was filmed.

63.     The claim includes a full description of how the Attack was carried out, including the estimated time of the shooting, and cites reports by the Israeli media that the Minister of Defense's aide (*i.e.*, Plaintiff) was injured.

64.     The claim includes a verse from the Quran: "Jihad, victory or sacrifice in Allah's sake." This verse appears in dozens of similar Hamas claims of responsibility.

65.     The claim concludes with the declaration, "We in the Qassam Brigades and Defenders of al-Aqsa claim our joint responsibility for this attack…we will continue in the

actions of Jihad and resistance against the looting enemy. Every Zionist within our pure land will become a target for us….”

66.     Hamas's quick claim of responsibility demonstrates that it had no interest in masking its responsibility for the Attack. On the contrary, the swiftness of the claim shows that Hamas wanted to proclaim to the public its ability to carry out an attack on Israel's Minister of Public Security and former head of its intelligence services.

67.     Indeed, from Hamas's point of view, the Attack was a great achievement, and, as such, Hamas gave special emphasis to publicizing its claim of responsibility and the details of how the Attack occurred.

68.     Notably, the official claim of responsibility does not bear the Defenders of al-Aqsa's logo.

69.     On the day of the Attack, the Qassam Brigades also issued a press release.[26]  The release's headline, which read, “Qassam Brigades and Defenders of al-Aqsa targeted the Zionist Defense Minister in response to the Occupation's crimes,” demonstrated the importance that Hamas ascribed to targeting Mr. Dichter. The press release pointed out that the lookout unit of both organizations located the Minister's convoy as it was in transit to Nizmit Hill, and immediately informed the sniper unit.

70.     The release provided that the shooting was carried out using a medium machine gun, emphasized that the Minister's aide (*i.e.*, Plaintiff) was injured in the shooting, and stressed that the Israeli media had reported about the attack and Plaintiff's injury.

---

[26]     The release was erroneously dated April 3, 2008.

الخميس، 03 أبريل، 2008، 21:00 بتوقيت القدس

## القسام و"حماة الأقصى": استهداف وزير الأمن الصهيوني رد طبيعي على إجرام الاحتلال

تقرير . خاص ؛

أعلنت كتائب الشهيد عزالدين القسام وكتائب حماة الأقصى – فلسطين، مسئوليتهما المشتركة عن عملية استهداف موكب ما يسمى وزير الأمن الداخلي الصهيوني وحدث من المسئولين في جيش الاحتلال، قرب مفتصحة تير عام شرق بيت حانون شمال قطاع غزة.

وقالت "كتائب القسام وحماة الأقصى" في بيان عسكري مشترك " إن جهاز الرصد في المجموعتين تمكن رصد تحركات صهيونية تحضيرية لزيارة هذا الوزير، وبمجرد وصوله مع الوفد، قام المجاهدون على الفور بإطلاق النار بشكل كثيف من سلاح رشاش متوسط لمدة عشر دقائق، بين الساعة 20:10 والساعة 30:10 من صباح اليوم الجمعة 28 ربيع أول 1429هـ الموافق 04/04/2008، وقد نسب، مجاهدونا تحكُّهم برعاية الرحمن".

### إصابة مساعد الوزير

وأكدت المجموعتان اعترف العدو الصهيوني بإصابة مساعد الوزير بجراح، و إلغاء زيارة الوفد إلى حدود قطاع غزة. مضيفة أن حالة من القوضى والرعب سادت وسط هذا الوفد المكوّن من العديد من السيارات وعشرات الأشخاص، وهربوا من المكان فوراً وحلقت الطائرات المروحية في سماء المنطقة الشمالية من قطاع غزة.

وقال البيان المشتركة أن هذه العملية تأتي ردا على جرائم الاحتلال الصهيوني المتواصلة ومحرقته في قطاع غزة، وردا على الحصار الصهيوني الظالم على قطاع غزة.

وشددت المجموعتان على مواصلة المقاومة ضد العدو الخامس، واستهداف كل صهيوني على أرضنا الطاهرة، وتتوعد كل المسئولين الصهاينة بالملاحقة والاستهداف، كما أكدتا على أن العملية مصبوغة بالكامل.

وكانت مصادر في الجيش الصهيوني والإذاعة العبرية قد اعترفت، أن رئيس مكتب وزير الأمن الداخلي الصهيوني أُصيب متأثر ماثي غيل أصيب، بجرح متوسطة من جراء تعرضه لإطلاق النار من قبل فلسطينيين من قطاع غزة، عندما كان يتواجد في نقطة رصد قرب، مفتصحة تير عام قبالة بلدة بيت حانون.

71.     On April 12, 2008, the Qassam Brigades published on their official website another claim of responsibility. This claim provided that the Attack was perpetrated in response to Israel's actions and the "holocaust that it is doing [sic] in the Gaza Strip."[27]

72.     The al-Watan Voice news agency published yet another claim of responsibility on behalf of the Qassam Brigades and the Defenders of al-Aqsa.[28]

73.     Lastly, Hamas also made a claim of responsibility for the attack via an announcement on its website, Palinfo.com. The announcement was published in seven languages including English, French, Russian and Persian.

---

[27]     http://www.alqassam.ps/arabic-تقارير/982/القسام-وحماة-الأقصى-استهداف-وزير-الأمن-الصهيوني-رد-طبيعي-على-إجرام-الاحتلال#.

[28]     https://www.alwatanvoice.com/arabic/news/2013/01/21/352885.html.

74.    The claim of responsibility conveyed that the Attack was carried out by the Qassam Brigades and the Defenders of al-Aqsa "in response to the enemy's crimes," and repeats the details provided in the Qassam Brigade's claim of responsibility posted on its website.[29]



**The Television Broadcast of the Attack**

75.    A few hours after the shooting, Al-Aqsa TV (which is operated by Hamas's Information Department), broadcast a video clip of the Attack.[30]

---

[29]      https://www.palinfo.com/news/2008/4/4/القسام-و-حماة-الأقصى---استهداف-وزير-الأمن-الصهيوني-رد-طبيعي-على-إجرام-الاحتلال/

[30]      A digital copy of the video is annexed to the accompanying Declaration of Gil Erez as <u>Exhibit B</u>.

76.     The clip begins with an introductory graphic that has appeared in many similar Qassam Brigades' videos, and with which I have personal familiarity, having viewed dozens of such videos during my professional career.[31]

77.     The graphic shows a rock being broken into pieces followed by the official Qassam Brigades' logo. Under the logo appears the words "The Information Department."

78.     The video depicts the logos of the Qassam Brigades and Defenders of al-Aqsa side-by-side. That both symbols appear side by side confirms that both groups were claiming responsibility.



A screenshot of the clip. The sentence beneath it reads: "A shooting towards Minister Dichter's entourage." On the left side of the screen one can see the logos of the Qassam Brigades and the Defenders of al-Aqsa.

79.     The first 35 seconds of the clip shows Nizmit Hill and the arrival of the vehicles carrying the Canadian group and then-Minister Dichter.

80.     The shooter then appears on the screen wearing a camouflage net and holding an automatic machine gun with a bipod mount.

---

[31]     http://www.alqassam.ps/arabic/استهداف-الوزير-الصهيوني-أفي-دختر/38/الفيديو/

81.     In the 59th second a voice from off-camera states "put your trust in Allah." The attacker then begins shooting a burst of fire toward the hill. He stops shooting for 18 seconds and then shoots long bursts of fire while the camera focuses on Nizmit Hill. At the end of the clip the Qassam Brigades' logo appears again.

**Other Internet Sources**

82.     On the Hamas affiliated website – paldf.net – two images from the video clip of the shooting were published. The writing on the images read: "Qassam Brigades and Defenders of al-Aqsa opened fire towards the Zionist Minister of Public Security, Avi Dichter, east of Khan Yunis. As a result, one of his aides suffers from medium wounds. The shooting was carried out on Friday, April 4, 2008."[32]



---

[32]     https://www.paldf.net/forum/showthread.php?t=1005656.



**Hamas Poster**

83.     On April 8, 2008, Hamas issued a poster in which it bragged that, in a sniper shooting directed at Mr. Dichter's convoy, Hamas succeeded in "shaking" Israel.



Image of the Hamas poster issued on April 8, 2008, taken from Palinfo.com[33]

---

http://www.terrorism-info.org.il/he/article/18482                                                                        [33]

**The ISA Investigation and Report**

84.     Following the arrest and interrogation of Abu Karim (discussed above), on June 13, 2011, the ISA issued a press release attributing responsibility for the Attack to the Defenders of al-Aqsa.

85.     The ISA report confirmed the Attack was the highest profile action by the Defenders of al-Aqsa, which was established, operated and financed by Hamas. The report describes the Defenders of Al-Aqsa as a branch of Hamas, operated and controlled by Hamas's leaders, and stated that Defenders of Al-Aqsa had claimed responsibility.[34]

**Subsequent Identification of the Alleged Attacker**

86.     Four years after the Attack, Abdallah Hassan Ahmad al-Za'anin was killed in an IDF strike along with a known Qassam Brigades operative named Jihad Kamel Muhammad Abu Shabab. The Defenders of al-Aqsa's Facebook page claims that al-Za'anin was "… the person who carried out the sniping attack [against] the Israeli minister, Avi Dichter…."

87.     An article published on June 21, 2012 on the official website of Hamas's National Security Forces reported that Hamas commanders had paid a visit to the mourning tent of "Sergeant Abdallah al-Za'anin – a member of the National Security Forces" and of "the martyr Jihad Abu Shabab."[35]

88.     Notably the article also reported that "it is worth mentioning that the martyr, holy warrior, Abdallah al-Za'anin, one of the sons of the Palestinian Military Intelligence Mechanism – The National Security Forces – is the perpetrator of the shooting attack against the Minister of Public Security, Avi Dichter, around four years ago."

---

[34] http://news.walla.co.il/item/1831745.

[35]     The website is no longer available, but an archive exists at https://web.archive.org/web/20130105235330/http://www.nsf.gov.ps/new.



A picture from the article of Za'anin's carrying a rifle similar to the one used in the Attack. The caption beneath the picture read: "The picture of Abdallah Za'anin, who is said to be the perpetrator that carried out the shooting that injured Mr. Mati Gill."

## Conclusion

89.     For the reasons set forth above, I believe the available evidence confirms Hamas's responsibility for the Attack.

90.     First and foremost, Hamas itself immediately claimed responsibility for the Attack on the official website of the Qassam Brigades. During my professional career, I have investigated numerous terrorist attacks and, as discussed, I have consistently found formal, official Hamas claims of responsibility to be highly reliable.

91.     Next, the video of the Attack bears the logo of Qassam Brigades (alongside the purported logo of Defenders of Al-Aqsa) – demonstrating Hamas's claim of involvement in the Attack. The video is similar to other videos that Hamas has filmed in recent years, begins and ends with a graphic containing only the logo of the Qassam Brigades, was broadcast on Hamas's Al Aqsa television station within hours of the Attack, and was posted on the Hamas-affiliated

internet forum paldf.net less than 48 hours after the Attack by an individual whose name and photograph match that of a senior Qassam Brigades commander.[36]

92.     Hamas also claimed responsibility on its website, palinfo.com, and via subsequent posts to its paldf.net forum.

93.     Moreover, the other organization claiming joint credit, the Defenders of al-Aqsa, has been shown to be a front group of Hamas that was founded by Hamas's former Minister of the Interior, is funded by its current Minister of the Interior, and has been coordinating its attacks under Hamas supervision since its inception.

94.     The ISA has attributed the Attack to Hamas, and, based on my many years investigating and reporting on terrorist attacks, including those originating in Gaza, I have great confidence in the reliability of the ISA's investigative methods and conclusions.

Accordingly, for the reasons set forth above, in my professional judgment, estimation and opinion, Hamas was responsible for the Attack committed on April 4, 2008 that injured Plaintiff.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2017

Jerusalem, Israel

_____
Ronni Shaked

---

[36]     Compare Abu Zakariya al-Jamal's post on paldf.net on April 5, 2008 at 23:37, http://paldf.net/forum/showthread.php?t=239802 and Mamduh Umar al-Jamal "Abu Zakariya's" martyr page on Qassam Brigades webpage, http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=sera&id=1294; *see also* the third picture in Mamduh umar al-Jamal's "Martyr's pictures" section on Qassam Brigades webpage which is identical to "Abu Zakariya al-Jamal"'s picture on paldf.net, http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=picture&id=1294.