15cv2272 RBW

RT to IFO

**EXPRESS WORLDWIDE** | XPD | DHL

DHL Online

From: US District Court of DC
Aaron Schlanger Phone 201-265-6400
333 Constitution Ave, NW
WASHINGTON DC 20001
United States

Origin: DCA

15 cv 2272-RBW

To: Iranian Ministry of Foreign Affairs
Imam Khomeini Avenue

TEHRAN
Iran (Islamic Republic Of)

Contact: Dr. Mohammad Zarif
98216673919

IR-THR-SVC

SX | Day | Time

Date: 2017-05-12 | Shpt Weight: 0.5 lb | Piece: 1/1

Content: Legal documents

WAYBILL 99 2615 7662

(2L)IR+32000064



(J)JD01 4600 0043 5827 8994

ENVELOPE | XPD

IRAN (ISLAMIC REPUBLIC OF) | Origin DCA

IR-THR-SVC

.9926157662 2017-05-15 Shpt Weight 0.5 lb
erence.
Piece 1/1



WAYBILL 99 2615 7662

(2L)IR THR+52000000

**SPECIAL INSTRUCTIONS**

# TAS PROCESSED